# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-CV-271 |
| Plaintiff, | |
| -vs- | Judge Rice |
| DAYTON INDUSTRIAL DRUM, INC., et al., | |
| Defendants. | |

## ORDER

This matter is before the Court on Defendants Dayton Industrial Drum, Inc., David M. Hussong, David M. Hussong and Cheryl L. Hussong, Trustees of the Hussong Family Trust Dated January 18, 2013, and Kylene Hussong's (collectively, "Defendants") Motion for Leave to file their Motion to Dismiss and Exhibit Thereto Under Seal. The Court, having considered the motion, and being otherwise sufficiently advised, **IT IS ORDERED THAT**:

(1) Defendants' Motion for Leave to File Under Seal be, and hereby is, **GRANTED**;

(2) Defendants may file their Motion to Dismiss and the exhibit thereto under seal. Plaintiff's Response and Defendants' Reply, as well as any exhibits attached to either of them, also shall be filed under seal.

This the 24th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

Tendered by:

/s/ Timothy D. Hoffman
Timothy D. Hoffman (0006311)
Steve N. Siegel (0068464)
Dinsmore & Shohl LLP
Fifth Third Center
One South Main Street, Suite 1300
Dayton, OH 45402
Phone: (937) 449-6400
Fax: (937) 449-6405
E-Mail: tim.hoffman@dinsmore.com
E-Mail: steve.siegel@dinsmore.com