UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAYTON INDUSTRIAL DRUM, INC.,<br>et al.,<br><br>Defendants. | Civil Action No. 3:18cv271<br><br>Judge Rice<br><br>**[PROPOSED] ORDER GRANTING JOINT, UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS** |

This matter is before the Court on the Joint Stipulation and Joint, Unopposed Motion for a Stay of Proceedings (Doc. No. 31). **IT IS HEREBY ORDERED** that all further proceedings in this action are stayed pending (1) a request for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a), or (2) notice from the United States that its claims against Dayton Industrial Drum, Inc. in a related action before this Court, Docket No. 3:16cv232, have not been resolved by a consent decree.

Dated: 1-22-19

_____
UNITED STATES DISTRICT JUDGE