**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA       :

      Plaintiff,           :       Case No. 3:18cv271

- vs -                   :

                                Judge Walter H. Rice

DAYTON INDUSTRIAL DRUM, INC., et al.

                          :

      Defendants.

---

## ORDER

---

It is hereby ordered that the above captioned cause be administratively processed.[1]

 

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1]Stayed at request of counsel pending consent decree in 3:16cv232.